[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-10243

_____

D.C. Docket No. 8:17-cv-01681-RAL-MAP

ADELINA MCCULLEY,
CLARENCE J. MCCULLEY,
JOHN M. RICHMOND,

Plaintiffs - Appellants,

versus

DETECTIVE JEFFREY JONES,
(PCSO), individually,
GRADY JUDD,
in his official capacity as Sheriff of the Polk County Sheriff's Office,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 7, 2019)

Before WILSON, JILL PRYOR, and TALLMAN,[*] Circuit Judges.

PER CURIAM:

Adelina McCulley, Clarence McCulley, and John Richmond (collectively, Appellants) brought § 1983 malicious prosecution actions against Detective Jeffrey Jones. The district court dismissed Appellants' complaint, reasoning that Jones was entitled to qualified immunity because he had probable cause to arrest Appellants. Appellants then moved to amend the judgment, which was denied. Appellants appealed. After careful review and with the benefit of oral argument, we affirm the district court's well-reasoned opinion.

---

[*] The Honorable Richard C. Tallman, United States Circuit Judge for the United States Court of Appeals for the Ninth Circuit, sitting by designation.